**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keith Ortiz <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-18645 ref |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/Rebecca A. Solarz, Esquire**
                                Rebecca A. Solarz, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322 FAX (215) 627-7734