## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keith Ortiz<br>         Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>         Movant<br>     vs.<br>Keith Ortiz<br>         Debtor<br><br>Frederick L. Reigle Esq.<br>         Trustee | CHAPTER 13<br><br><br>NO. 17-18645 ref<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about June 5, 2018, Document No. 24.

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          rsolarz@kmllawgroup.com
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

July 18, 2018