**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 13** |
| KEITH ORTIZ | : | |
| | : | **Case No.: 17-18645-REF** |
| Debtor. | : | |

**ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN**

The Debtor, Keith Ortiz, by and through counsel of record, David W. Tidd, Esquire, hereby amend the Second Amended Chapter 13 Plan as follows:

Section 5(a): None and Section 5(b)(1): All Debtor(s)  property is claimed as exempt.


Respectfully submitted,


Dated: September 17, 2018         By:     /s/David W. Tidd, Esq.
                                          David W. Tidd, Esq.
                                          Attorney for Debtor
                                          656 Ebersole Road
                                          Reading, PA 19605
                                          Phone: 610-838-8700
                                          Fax: 610-838-8321
                                          Email: Bankruptcy@davidtiddlaw.com