UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KEITH ORTIZ,    : Case No. 17-18645 REF
    *Debtor*    : Chapter 13

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by Americredit Financial Services, Inc., d/b/a GM Financial *(regarding a 2017 Kia Sedona)*, on January 24, 2019, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:**    **Thursday, May 23, 2019**

**at:**    **9:30 a.m. prevailing time.**

BY THE COURT

**Date: May 7, 2019**

Richard E. Fehling,
Chief United States Bankruptcy Judge