United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18645-ref
Keith Ortiz                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: May 07, 2019
                             Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Keith Ortiz,   3318 Raymond Street,    Laureldale, PA 19605-2220
cr             +AmeriCredit Financial Services, Inc. A/ C dba GM F,   PO Box 183853,   Arlington, TX 76096-3853
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 08 2019 02:48:39     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
      DAVID W. TIDD    on behalf of Debtor Keith  Ortiz bankruptcy@davidtiddlaw.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      KEVIN G. MCDONALD    on behalf of Creditor   Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
       Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
KEITH ORTIZ,                                    :        Case No. 17-18645 REF
        *Debtor*                          :        Chapter 13
:

**ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED**

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by Americredit Financial Services, Inc., d/b/a GM Financial *(regarding a 2017 Kia Sedona)*, on January 24, 2019, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:**    **Thursday, May 23, 2019**

**at:**     **9:30 a.m. prevailing time.**

BY THE COURT

**Date: May 7, 2019**

Richard E. Fehling,
Chief United States Bankruptcy Judge