IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: KEITH ORTIZ ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, ) | CASE NO. 17-18645-REF |
| INC. dba GM FINANCIAL ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | 11 U.S.C. 1301 |
| ) | |
| KEITH ORTIZ ) | HEARING DATE: **3-7-19 at 9:30 AM** |
| DAISY DEJESUS ORTIZ ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about May 22, 2019 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: May 29, 2019**

[signature]

_____
UNITED STATES BANKRUPTCY JUDGE