## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Keith Ortiz,** | : | Ch. 13 |
| | : | |
| Debtor. | : | 17-18645-REF |

### ORDER

**Now**, upon consideration of the Application by Debtor's Chapter 13 Counsel pursuant to Local Rule 2016.2 for compensation and in the absence of objection and good cause existing for the approval thereof;

**IT IS HEREBY ORDERED AND DECREED** that Applicant David W. Tidd, Esquire, is awarded $3,000.00, of which $1,500.00 has been paid, in compensation and $0.00 in reimbursement of actual necessary expenses.

BY THE COURT:

**Date: May 31, 2019**