```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 17-18645-elf
Keith Ortiz                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Randi               Page 1 of 2               Date Rcvd: Sep 12, 2019
                              Form ID: pdf900           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Keith Ortiz,    3318 Raymond Street,    Laureldale, PA 19605-2220
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14262846       +Americredit Financial Services, Inc.,,    d/b/a GM Financial,    Morton & Craig,
                 110 Marter Avenue,    Suite 301,    Moorestown, NJ 08057-3125
14164942       +David W. Tidd, Esq.,    656 Ebersole Road,    Reading, PA 19605-3292
14036176        GM Financial Leasing,    PO Box 78143,    Phoenix, AZ  85062-8143
14091478       +Pennsylvania Housing Finance Agency,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14036177       +Pennsylvania Housing Finance Agency,    P.O. Box 13280,    Philadelphia, PA 19101-3280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:58:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
                 AmeriCredit Financial Services, Inc. A/ C dba GM F,    PO Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
14055492        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
                 Americredit Financial Services, Inc.,    dba GM Financial,    PO Box 183853,
                 Arlington, TX 76096
14262845        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
                 Americredit Financial Services, Inc.,,    d/b/a GM Financial,    4000 Embarcadero Dr.,
                 Arlington, TX 76014
14066564       +E-mail/Text: g20956@att.com Sep 13 2019 02:58:18      AT&T Mobility II LLC,
                 c/o AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14036175        E-mail/Text: mrdiscen@discover.com Sep 13 2019 02:57:46      Discover Bank,
                 6500 New Albany Rd E,    New Albany, OH  43054-8730
14038965        E-mail/Text: mrdiscen@discover.com Sep 13 2019 02:57:46      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14105519       +E-mail/Text: blegal@phfa.org Sep 13 2019 02:58:06      PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14035175       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:56:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14035201       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 02:56:47      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14078293*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Randi              Page 2 of 2           Date Rcvd: Sep 12, 2019
                              Form ID: pdf900          Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:

```
          DAVID W. TIDD    on behalf of Debtor Keith  Ortiz bankruptcy@davidtiddlaw.com,
           debbburdick@gmail.com
          FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA     on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          ROLANDO   RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

KEITH   ORTIZ

                                                                    : Chapter 13

        Debtor(s)                          : Bankruptcy No. 17-18645ELF

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date:  9/12/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**